

FILED

JUL 05 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By: _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DAVID DONALD SAVAGE,

Defendant.

Case No. 2:18-mj-00071-DB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release DAVID DONALD SAVAGE, Case No. 2:18-mj-00071-DB Charge 18 USC § 924(c), 21 USC § 841(a)(1), from custody for the following reasons:

____ Release on Personal Recognizance

____ Bail Posted in the Sum of $ _____

__X__ Unsecured Appearance Bond $ 50,000.00 co-signed by Micaela Savage

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

____ (Other):

*To be released from Marshals to pretrial at 9:00 am on 7/6/18.*

Issued at Sacramento, California on July 5, 2018 at 2:35 pm

By: _____
Magistrate Judge Carolyn K. Delaney