HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
DAVID DONALD SAVAGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-139 WBS |
|---|---|
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| DAVID DONALD SAVAGE, | DATE: September 17, 2018<br>TIME 9:00 a.m.<br>JUDGE: Hon. William B. Shubb |
| Defendant. | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney through Quinn Hochhalter, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Hannah R. Labaree, attorneys for David Donald Savage, that the status conference scheduled for September 17, 2018 be vacated and be continued to November 19, 2018 at 9:00 a.m.

To date, the defense has received over 100 pages of discovery, including 50 pages which were disclosed on September 10, 2018. Defense counsel requires additional time to review discovery with the defendant, to continue defense investigation, as well as to continue negotiations with the government toward a non-trial.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including November 19, 2018, pursuant to 18 U.S.C. § 3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local

Stipulation and [Proposed] Order
to Continue Status Conference

-1-

| | |
|---|---|
| 1 | Code T4 based upon continuity of counsel and defense preparation. |
| 2 | DATED: September 10, 2018          Respectfully submitted, |

DATED: September 10, 2018

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender
Attorney for DAVID DONALD SAVAGE

DATED: September 10, 2018

MCGREGOR W. SCOTT
United States Attorney

*/s/ Quinn Hochhalter*
QUINN HOCHHALTER
Assistant United States Attorney
Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders a status conference on November 19, 2018, at 9:00 a.m. The Court orders the time from September 17, 2018 up to and including November 19, 2018, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated: September 12, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE