| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | HANNAH R. LABAREE, #294338<br>Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor<br>Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| 5 | |
| 6 | Attorney for Defendant<br>DAVID DONALD SAVAGE |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-139 WBS |
|---|---|
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| DAVID DONALD SAVAGE, | DATE: March 11, 2019<br>TIME 9:00 a.m.<br>JUDGE: Hon. William B. Shubb |
| Defendant. | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney through Quinn Hochhalter, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Hannah R. Labaree, attorneys for David Donald Savage, that the status conference scheduled for March 11, 2019 be vacated and be continued to April 29, 2019 at 9:00 a.m.

Defense counsel requires additional time to review discovery with the defendant, and particularly to continue defense investigation. The parties are continuing to negotiate toward a non-trial.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including April 29, 2019, pursuant to 18 U.S.C. § 3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation and [Proposed] Order
to Continue Status Conference

-1-

| | | |
|---|---|---|
| 1 | DATED: March 4, 2019 | Respectfully submitted, |
| 2 | | |
| | | HEATHER E. WILLIAMS |
| 3 | | Federal Defender |
| 4 | | |
| | | */s/ Hannah R. Labaree* |
| 5 | | HANNAH R. LABAREE |
| | | Assistant Federal Defender |
| 6 | | Attorney for DAVID DONALD SAVAGE |
| 7 | DATED: March 4, 2019 | MCGREGOR W. SCOTT |
| | | United States Attorney |
| 8 | | |
| 9 | | */s/ Quinn Hochhalter* |
| | | QUINN HOCHHALTER |
| 10 | | Assistant United States Attorney |
| | | Attorney for Plaintiff |

# ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders a status conference on April 29, 2019, at 9:00 a.m. The Court orders the time from March 11, 2019 up to and including April 29, 2019, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated: March 4, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE