HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Hannah_labaree@fd.org

Attorney for Defendant
DAVID DONALD SAVAGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-139 WBS |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| DAVID DONALD SAVAGE, | DATE: December 9, 2019 |
| Defendant. | TIME 9:00 a.m. |
| | JUDGE: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney through Quinn Hochhalter, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Hannah R. Labaree, attorneys for David Donald Savage, that the status conference scheduled for December 9, 2019 be vacated and be continued to February 3, 2020 at 9:00 a.m.

The reasons for this continuance is to allow defense counsel additional time to prepare and investigate, and to continue to work with the government toward a resolution. The parties are continuing to negotiate toward a non-trial. Since the date of the previous stipulation continuing the case, the parties have met and conferred about the case several times. Defense counsel has additional preparation and investigation to complete, in light of the content of those discussions.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

Stipulation and Order
to Continue Status Conference

-1-

| | |
|---|---|
| 1 | excluded from this order's date through and including February 3, 2020, pursuant to 18 U.S.C. |
| 2 | § 3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4 |
| 3 | based upon continuity of counsel and defense preparation. |

1-3  excluded from this order's date through and including February 3, 2020, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: December 4, 2019　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　*/s/ Hannah R. Labaree*
　　　　　　　　　　　　　　　　HANNAH R. LABAREE
　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　Attorney for DAVID DONALD SAVAGE

DATED: December 4, 2019　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　*/s/ Quinn Hochhalter*
　　　　　　　　　　　　　　　　QUINN HOCHHALTER
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders a status conference on February 3, 2020, at 9:00 a.m. The Court further orders the time from December 9, 2019 up to and including February 3, 2020, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated: December 4, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE