HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Hannah_labaree@fd.org

Attorney for Defendant
DAVID DONALD SAVAGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-139 WBS |
|---|---|
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| DAVID DONALD SAVAGE, | DATE: February 3, 2020<br>TIME 9:00 a.m.<br>JUDGE: Hon. William B. Shubb |
| Defendant. | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney through Quinn Hochhalter, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Hannah R. Labaree, attorneys for David Donald Savage, that the status conference scheduled for February 3, 2020 be vacated and be continued to February 24, 2020 at 9:00 a.m.

The reasons for this continuance is to allow defense counsel additional time to prepare and investigate, and to continue to work with the government toward a resolution. The parties are continuing to negotiate toward a non-trial. Since the date of the previous stipulation continuing the case, the parties have discussed the case and its potential for resolution. Defense counsel has additional preparation and investigation to complete in light of the content of those discussions.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

Stipulation and [Proposed] Order
to Continue Status Conference

-1-

excluded from this order's date through and including February 24, 2020, pursuant to 18 U.S.C. § 3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: January 27, 2020  Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender
Attorney for DAVID DONALD SAVAGE

DATED: January 27, 2020  McGREGOR W. SCOTT
United States Attorney

*/s/ Quinn Hochhalter*
QUINN HOCHHALTER
Assistant United States Attorney
Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders a status conference on February 24, 2020, at 9:00 a.m. The Court further orders the time from February 3, 2020 up to and including February 24, 2020, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated: January 28, 2020

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE