| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney<br>QUINN HOCHHALTER<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900<br><br>Attorneys for Plaintiff<br>United States of America | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>DAVID SAVAGE,<br><br>　　　　　　　　　Defendant. | CASE NO. 2:18-CR-139 WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: March 16, 2020<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 16, 2020.

2. By this stipulation, defendant now moves to continue the status conference until April 13, 2020 at 9:00 a.m., and to exclude time between March 16, 2020, and April 13, 2020 at 9:00 a.m., under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

　　a) The government has represented that the discovery associated with this case includes investigative reports, photographs, and related documents, which has been either produced directly to counsel and/or made available for inspection and copying.

　　b) Counsel for defendant desires additional time to conduct investigation and

research related to the charges, discuss potential resolutions with her client, and to otherwise prepare for a trial.

        c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)     The government does not object to the continuance.

        e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 16, 2020 to April 13, 2020 at 9:00 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 6, 2020                                       McGREGOR W. SCOTT
                                                                     United States Attorney

                                                                     /s/ QUINN HOCHHALTER
                                                                     QUINN HOCHHALTER
                                                                     Assistant United States Attorney

Dated: March 6, 2020                                       /s/ Q. Hochhalter for H. Labaree
                                                                     HANNAH LABAREE
                                                                     Counsel for Defendant
                                                                     DAVID SAVAGE

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: March 10, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE