McGREGOR W. SCOTT
United States Attorney
QUINN HOCHHALTER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-139 WBS |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| DAVID SAVAGE, | DATE: April 13, 2020 |
| Defendant. | TIME: 9:00 a.m. COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on April 13, 2020.

2.      By this stipulation, defendant now moves to continue the status conference until May 11, 2020, and to exclude time between April 13, 2020, and May 11, 2020, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

          a)      The government has represented that the discovery associated with this case includes investigative reports, photographs, and related documents, which has been either produced directly to counsel and/or made available for inspection and copying.

          b)      Counsel for defendant desires additional time to conduct investigation and

1  research related to the charges, discuss potential resolutions with her client, and to otherwise
2  prepare for a trial.

3       c)     Counsel for defendant believes that failure to grant the above-requested
4  continuance would deny her the reasonable time necessary for effective preparation, taking into
5  account the exercise of due diligence.

6       d)     The government does not object to the continuance.

7       e)     Based on the above-stated findings, the ends of justice served by continuing the
8  case as requested outweigh the interest of the public and the defendant in a trial within the
9  original date prescribed by the Speedy Trial Act.

10       f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
11  et seq., within which trial must commence, the time period of April 13, 2020 to May 11, 2020,
12  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]
13  because it results from a continuance granted by the Court at defendant's request on the basis of
14  the Court's finding that the ends of justice served by taking such action outweigh the best interest
15  of the public and the defendant in a speedy trial.

16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

///

4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

    IT IS SO STIPULATED.


Dated: April 8, 2020                           McGREGOR W. SCOTT
                                         United States Attorney

                                         /s/ QUINN HOCHHALTER
                                         QUINN HOCHHALTER
                                         Assistant United States Attorney


Dated: April 8, 2020                           /s/ Q. Hochhalter for H. Labaree
                                         HANNAH LABAREE
                                         Counsel for Defendant
                                         DAVID SAVAGE


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

    Dated: April 8, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE