HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Hannah_labaree@fd.org

Attorney for Defendant
DAVID DONALD SAVAGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID DONALD SAVAGE,<br><br>Defendant. | Case No. 2:18-cr-139 WBS<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE: May 11, 2020<br>TIME  9:00 a.m.<br>JUDGE: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney through Quinn Hochhalter, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Hannah R. Labaree, attorneys for David Donald Savage, that the status conference scheduled for May 11, 2020 be vacated, and that a Change of Plea hearing be set for June 29, 2020 at 9:00 a.m.

The reasons for this continuance is to allow defense counsel additional time to prepare and investigate, and to meet and confer with her client prior to the next date of hearing, and to work with the government toward a resolution. Since the date of the previous stipulation continuing the case, the parties have conducted significant further work toward resolution of the case.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including June 29, 2020, pursuant to 18 U.S.C.

1  § 3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4
2  based upon continuity of counsel and defense preparation.
3  DATED: May 5, 2020                    Respectfully submitted,

   HEATHER E. WILLIAMS
   Federal Defender

   */s/ Hannah R. Labaree*
   HANNAH R. LABAREE
   Assistant Federal Defender
   Attorney for DAVID DONALD SAVAGE

9  DATED: May 5, 2020                    McGREGOR W. SCOTT
                                          United States Attorney

   */s/ Quinn Hochhalter*
   QUINN HOCHHALTER
   Assistant United States Attorney
   Attorney for Plaintiff

Stipulation and [Proposed] Order
to Continue Status Conference

-2-

<u>ORDER</u>

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the May 11, 2020 status conference be VACATED and that a Change of Plea hearing be SET for June 29, 2020, at 9:00 a.m. The Court further orders the time from May 11, 2020 up to and including June 29, 2020, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated:  May 5, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE